Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−17559−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Janet L. Buonopane
   aka Janet Buonopane
   27D Sterling St
   Manchester, NJ 08759−5537

Social Security No.:
   xxx−xx−7553

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             12/8/21
Time:             10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 28, 2021
JAN: gan

                            Jeanne Naughton
                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17559-MBK |
| Janet L. Buonopane | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 28, 2021 | Form ID: 132 | Total Noticed: 83 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Janet L. Buonopane, 27D Sterling St, Manchester, NJ 08759-5537 |
| 519317258 | | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519317259 | | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519317260 | | Bobs Ds Furn, Des Moines, IA 50301 |
| 519317276 | | Continental Finance Company, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240-3220 |
| 519317282 | + | Dsnb Macys, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519317284 | | Giovanna Buonopane, 827 Sheridan Dr, Easton, PA 18045-5044 |
| 519317289 | | Jpmcb Card, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519317292 | | Lendclub Bnk, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2802 |
| 519317295 | + | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519317298 | | Nissan Motor Acceptance, PO Box 660360, Dallas, TX 75266-0360 |
| 519317299 | | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 519317300 | | Nissan-Infiniti Lt, PO Box 660366, Dallas, TX 75266-0366 |
| 519317311 | | Syncb/Eight Ciccolini, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519317318 | | Syncb/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519317331 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 519317326 | | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519317327 | | Tbom/contfin, PO Box 8099, Newark, DE 19714-8099 |
| 519317328 | | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519317330 | | Township Of Manchester, Home Improvement Program, 1 Colonial Dr, Manchester, NJ 08759-6501 |
| 519317332 | | Toyota Motor Credit Co, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 519317333 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301 |
| 519317334 | | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519317335 | | Wells Fargo/Bob's Discount Furniture, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 519317336 | | Wf/Bobs Fn, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 28 2021 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 28 2021 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519317257 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2021 20:39:00 | Americredit/Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 519317261 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 28 2021 20:45:09 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519317262 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 28 2021 20:45:09 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519317263 | | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

Case 21-17559-MBK   Doc 9   Filed 09/30/21   Entered 10/01/21 00:12:39   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: 132 | Total Noticed: 83 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 28 2021 20:39:00 | Cb Indigo/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 519317264 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 20:45:11 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519317266 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 20:45:23 | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519317267 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 20:45:23 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519317268 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2021 20:39:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519317269 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2021 20:39:00 | Comenity Bank/Ashstwrt, PO Box 182789, Columbus, OH 43218-2789 |
| 519317270 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2021 20:39:00 | Comenity Bank/Catherines, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519317274 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2021 20:39:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519317271 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2021 20:39:00 | Comenitybank/catherine, PO Box 182789, Columbus, OH 43218-2789 |
| 519317272 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2021 20:39:00 | Comenitybank/onestop, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519317273 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2021 20:39:00 | Comenitybk/fullbeauty, PO Box 182789, Columbus, OH 43218-2789 |
| 519317275 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2021 20:39:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 519317277 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 28 2021 20:45:22 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519317278 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 28 2021 20:45:16 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519317279 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 20:45:11 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519317280 | | Email/Text: mrdiscen@discover.com | Sep 28 2021 20:39:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519317281 | | Email/Text: mrdiscen@discover.com | Sep 28 2021 20:39:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519317283 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 28 2021 20:39:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 519317285 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2021 20:39:00 | Gm Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 519317286 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 28 2021 20:39:00 | Hyundai Motor Financ, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 519317287 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 28 2021 20:39:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 519317265 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 28 2021 20:45:21 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519317288 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 28 2021 20:45:09 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519317290 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 28 2021 20:39:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519317291 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 28 2021 20:39:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519317293 | + | Email/Text: Documentfiling@lciinc.com | Sep 28 2021 20:39:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 519317294 | + | Email/Text: Documentfiling@lciinc.com | Sep 28 2021 20:39:00 | LendingClub, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2807 |
| 519317296 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2021 20:45:22 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519317297 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2021 20:45:15 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519317301 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 28 2021 20:39:00 | Pnc Bank, Attn: Bankruptcy, PO Box 94982, Cleveland, OH 44101-4982 |
| 519317302 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 28 2021 20:39:00 | Pnc Bank, N.A., PO Box 3180, Pittsburgh, PA 15230-3180 |
| 519317303 | | Email/Text: bankruptcy@prosper.com | Sep 28 2021 20:39:00 | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 519317304 | | Email/Text: bankruptcy@prosper.com | Sep 28 2021 20:39:00 | Prosper Marketplace In, 221 Main St, San Francisco, CA 94105-1906 |
| 519317306 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 28 2021 20:39:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519317305 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 28 2021 20:39:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519317308 | | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:21 | Syncb/Amer Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 519317310 | | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:21 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519317312 | | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:21 | Syncb/Home Dsgn Floori, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317313 | | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:14 | Syncb/Home Dsgn Floori, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519317315 | | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:09 | Syncb/Nationwd/Brand D, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519317316 | | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:21 | Syncb/Nationwide/Brand D, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317319 | | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:09 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 519317307 | | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:21 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 519317309 | | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:21 | Syncb/ashley Homestore, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519317314 | | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:21 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519317317 | | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:21 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 519317320 | | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:09 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317321 | | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:09 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519317322 | | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:22 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317323 | | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:21 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317324 | | Email/PDF: gecsedi@recoverycorp.com | | |

| | | Sep 28 2021 20:45:21 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|
| 519317325 | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:09 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317329 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 20:45:11 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 58

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Janet L. Buonopane bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3