**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Janet L. Buonopane<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–7553<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 13   9/27/21 |
| Case number: | 21–17559–MBK | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case        10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Janet L. Buonopane | |
| 2. | All other names used in the last 8 years | aka Janet Buonopane | |
| 3. | Address | 27D Sterling St<br>Manchester, NJ 08759–5537 | |
| 4. | Debtor's attorney<br>Name and address | Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800<br>Email: bkclient@straffilaw.com |
| 5. | Bankruptcy trustee<br>Name and address | Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650–4853 | Contact phone (609) 587–6888<br>www.russotrustee.com |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at<br>https://pacer.uscourts.gov.<br>(800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 609–858–9333<br>Date: 9/28/21 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **October 28, 2021 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**THE LOCATION, DATE AND TIME OF THE MEETING OF CREDITORS IS SUBJECT TO CHANGE. DEBTORS, PLEASE CONSULT WITH YOUR COUNSEL. SELF REPRESENTED DEBTORS AND ALL PARTIES IN INTEREST, PLEASE REFER TO THE TRUSTEE WEBSITE AT www.russotrustee.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/27/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/6/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at  www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/8/21** at **10:00 AM** , Location: **Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-17559-MBK
Janet L. Buonopane  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 5
Date Rcvd: Sep 28, 2021  Form ID: 309I  Total Noticed: 85

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Janet L. Buonopane, 27D Sterling St, Manchester, NJ 08759-5537 |
| 519317260 | | Bobs Ds Furn, Des Moines, IA 50301 |
| 519317276 | | Continental Finance Company, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240-3220 |
| 519317282 | + | Dsnb Macys, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519317284 | | Giovanna Buonopane, 827 Sheridan Dr, Easton, PA 18045-5044 |
| 519317289 | | Jpmcb Card, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519317292 | | Lendclub Bnk, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2802 |
| 519317295 | + | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519317298 | | Nissan Motor Acceptance, PO Box 660360, Dallas, TX 75266-0360 |
| 519317299 | | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 519317300 | | Nissan-Infiniti Lt, PO Box 660366, Dallas, TX 75266-0366 |
| 519317311 | | Syncb/Eight Ciccolini, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519317318 | | Syncb/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519317327 | | Tbom/contfin, PO Box 8099, Newark, DE 19714-8099 |
| 519317330 | | Township Of Manchester, Home Improvement Program, 1 Colonial Dr, Manchester, NJ 08759-6501 |
| 519317333 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301 |
| 519317334 | | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bkclient@straffilaw.com | Sep 28 2021 20:39:00 | Daniel E. Straffi, Straffi & Straffi, LLC, 670 Commons Way, Toms River, NJ 08755 |
| tr | | Email/Text: bnc@russotrustee.com | Sep 28 2021 20:39:00 | Albert Russo, Standing Chapter 13 Trustee, CN 4853, Trenton, NJ 08650-4853 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 28 2021 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 28 2021 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519317257 | | EDI: PHINAMERI.COM | Sep 29 2021 00:38:00 | Americredit/Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 519317258 | | EDI: AMEREXPR.COM | Sep 29 2021 00:38:00 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519317259 | | EDI: AMEREXPR.COM | Sep 29 2021 00:38:00 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519317261 | | EDI: CAPITALONE.COM | Sep 29 2021 00:38:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519317262 | | EDI: CAPITALONE.COM | Sep 29 2021 00:38:00 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519317263 | | EDI: PHINGENESIS | Sep 29 2021 00:43:00 | Cb Indigo/gf, PO Box 4499, Beaverton, OR 97076-4499 |

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: 309I | Total Noticed: 85 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519317264 | | EDI: CITICORP.COM | Sep 29 2021 00:38:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519317266 | | EDI: CITICORP.COM | Sep 29 2021 00:38:00 | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519317267 | | EDI: CITICORP.COM | Sep 29 2021 00:38:00 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519317268 | | EDI: WFNNB.COM | Sep 29 2021 00:38:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519317269 | | EDI: WFNNB.COM | Sep 29 2021 00:38:00 | Comenity Bank/Ashstwrt, PO Box 182789, Columbus, OH 43218-2789 |
| 519317270 | | EDI: WFNNB.COM | Sep 29 2021 00:38:00 | Comenity Bank/Catherines, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519317274 | | EDI: WFNNB.COM | Sep 29 2021 00:38:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519317271 | | EDI: WFNNB.COM | Sep 29 2021 00:38:00 | Comenitybank/catherine, PO Box 182789, Columbus, OH 43218-2789 |
| 519317272 | | EDI: WFNNB.COM | Sep 29 2021 00:38:00 | Comenitybank/onestop, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519317273 | | EDI: WFNNB.COM | Sep 29 2021 00:38:00 | Comenitybk/fullbeauty, PO Box 182789, Columbus, OH 43218-2789 |
| 519317275 | | EDI: WFNNB.COM | Sep 29 2021 00:38:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 519317277 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 28 2021 20:45:17 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519317278 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 28 2021 20:45:10 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519317279 | + | EDI: CITICORP.COM | Sep 29 2021 00:38:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519317280 | | EDI: DISCOVER.COM | Sep 29 2021 00:38:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519317281 | | EDI: DISCOVER.COM | Sep 29 2021 00:38:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519317283 | | EDI: PHINGENESIS | Sep 29 2021 00:43:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 519317285 | | EDI: PHINAMERI.COM | Sep 29 2021 00:38:00 | Gm Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 519317286 | | EDI: HY11.COM | Sep 29 2021 00:43:00 | Hyundai Motor Financ, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 519317287 | | EDI: HY11.COM | Sep 29 2021 00:43:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 519317265 | | EDI: JPMORGANCHASE | Sep 29 2021 00:38:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519317288 | | EDI: JPMORGANCHASE | Sep 29 2021 00:38:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519317290 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 28 2021 20:39:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519317291 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 28 2021 20:39:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519317293 | + | EDI: LENDNGCLUB | Sep 29 2021 00:38:00 | Lending Club Corp, 595 Market St, San Francisco, |

Case 21-17559-MBK    Doc 11    Filed 09/30/21    Entered 10/01/21 00:12:39    Desc Imaged
                                  Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: 309I | Total Noticed: 85 |

| | | | | |
|---|---|---|---|---|
| | | | | CA 94105-2807 |
| 519317294 | + | EDI: LENDNGCLUB | Sep 29 2021 00:38:00 | LendingClub, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2807 |
| 519317296 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2021 20:45:10 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519317297 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2021 20:45:10 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519317301 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 28 2021 20:39:00 | Pnc Bank, Attn: Bankruptcy, PO Box 94982, Cleveland, OH 44101-4982 |
| 519317302 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 28 2021 20:39:00 | Pnc Bank, N.A., PO Box 3180, Pittsburgh, PA 15230-3180 |
| 519317303 | | Email/Text: bankruptcy@prosper.com | Sep 28 2021 20:39:00 | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 519317304 | | Email/Text: bankruptcy@prosper.com | Sep 28 2021 20:39:00 | Prosper Marketplace In, 221 Main St, San Francisco, CA 94105-1906 |
| 519317306 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 28 2021 20:39:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519317305 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 28 2021 20:39:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519317308 | | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Syncb/Amer Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 519317310 | | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519317312 | | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Syncb/Home Dsgn Floori, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317313 | | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Syncb/Home Dsgn Floori, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519317315 | | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Syncb/Nationwd/Brand D, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519317316 | | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Syncb/Nationwide/Brand D, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317319 | | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 519317307 | | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 519317309 | | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Syncb/ashley Homestore, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519317314 | | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519317317 | | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 519317320 | | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317321 | | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519317322 | | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317323 | | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317324 | | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL |

Case 21-17559-MBK    Doc 11    Filed 09/30/21    Entered 10/01/21 00:12:39    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: 309I | Total Noticed: 85 |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 519317325 | EDI: RMSC.COM | Sep 29 2021 00:38:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317331 | EDI: TFSR.COM | Sep 29 2021 00:38:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 519317326 | EDI: WTRRNBANK.COM | Sep 29 2021 00:38:00 | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519317328 | EDI: WTRRNBANK.COM | Sep 29 2021 00:38:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519317329 | EDI: CITICORP.COM | Sep 29 2021 00:38:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519317332 | EDI: TFSR.COM | Sep 29 2021 00:38:00 | Toyota Motor Credit Co, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 519317335 | EDI: WFFC.COM | Sep 29 2021 00:43:00 | Wells Fargo/Bob's Discount Furniture, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 519317336 | EDI: WFFC.COM | Sep 29 2021 00:43:00 | Wf/Bobs Fn, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 68

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519317605 | | John Buonopane |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Janet L. Buonopane bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 5 of 5
Date Rcvd: Sep 28, 2021 Form ID: 309I Total Noticed: 85
TOTAL: 3