UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                          Bankr. Case No. 21-17559-13

Janet L. Buonopane                                                              Chapter 13
        Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

   ACAR Leasing Ltd. d/b/a GM Financial Leasing
   PO Box 183853
   Arlington, TX  76096

By  /s/  Lorenzo Nunez _____

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                          Bankr. Case No. 21-17559-13

Janet L. Buonopane                                              Chapter 13
        Debtor(s)


**Certificate of Service**

This Request for Notice was served electronically on the following individuals on October 21, 2021 :

DANIEL E STRAFFI                         Albert Russo
670 Commons Way                          CN 4853
Toms River, NJ 08755                     Trenton, NJ 08650


By /s/ Lorenzo Nunez
        Lorenzo Nunez

xxxxx42511 / 1047661