Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                Case No.:  21−17559−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Janet L. Buonopane
   aka Janet Buonopane
   27D Sterling St
   Manchester, NJ 08759−5537

Social Security No.:
   xxx−xx−7553

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 13, 2021.

Dated: December 13, 2021
JAN: ghm

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17559-MBK |
| Janet L. Buonopane | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 13, 2021 | Form ID: plncf13 | Total Noticed: 103 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Janet L. Buonopane, 27D Sterling St, Manchester, NJ 08759-5537 |
| 519317258 | | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519317259 | | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519317260 | | Bobs Ds Furn, Des Moines, IA 50301 |
| 519317276 | | Continental Finance Company, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240-3220 |
| 519317282 | + | Dsnb Macys, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519317284 | | Giovanna Buonopane, 827 Sheridan Dr, Easton, PA 18045-5044 |
| 519317289 | | Jpmcb Card, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519317292 | | Lendclub Bnk, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2802 |
| 519317295 | + | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519317298 | | Nissan Motor Acceptance, PO Box 660360, Dallas, TX 75266-0360 |
| 519317299 | | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 519453134 | + | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519317300 | | Nissan-Infiniti Lt, PO Box 660366, Dallas, TX 75266-0366 |
| 519317303 | | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 519317304 | | Prosper Marketplace In, 221 Main St, San Francisco, CA 94105-1906 |
| 519317311 | | Syncb/Eight Ciccolini, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519317318 | | Syncb/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519317331 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 519317326 | | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519317327 | | Tbom/contfin, PO Box 8099, Newark, DE 19714-8099 |
| 519317328 | | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519317330 | | Township Of Manchester, Home Improvement Program, 1 Colonial Dr, Manchester, NJ 08759-6501 |
| 519317332 | | Toyota Motor Credit Co, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 519317333 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301 |
| 519317334 | | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519334398 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519317335 | | Wells Fargo/Bob's Discount Furniture, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 519317336 | | Wf/Bobs Fn, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 13 2021 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 13 2021 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519344301 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 13 2021 20:25:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 519317257 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 13 2021 20:25:00 | Americredit/Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |

Case 21-17559-MBK    Doc 20    Filed 12/15/21    Entered 12/16/21 00:12:14    Desc Imaged
Certificate of Notice    Page 3 of 6

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 5 |
| Date Rcvd: Dec 13, 2021 | Form ID: plncf13 | Total Noticed: 103 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519317261 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2021 20:35:40 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519353588 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2021 20:35:33 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519317262 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2021 20:35:47 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519353616 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2021 20:35:33 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519317263 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 13 2021 20:26:00 | Cb Indigo/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 519317264 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2021 20:35:37 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519317266 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2021 20:35:37 | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519448450 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2021 20:35:45 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519317267 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2021 20:35:51 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519317268 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2021 20:25:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519317269 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2021 20:25:00 | Comenity Bank/Ashstwrt, PO Box 182789, Columbus, OH 43218-2789 |
| 519317270 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2021 20:25:00 | Comenity Bank/Catherines, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519317274 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2021 20:25:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519317271 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2021 20:25:00 | Comenitybank/catherine, PO Box 182789, Columbus, OH 43218-2789 |
| 519317272 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2021 20:25:00 | Comenitybank/onestop, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519317273 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2021 20:25:00 | Comenitybk/fullbeauty, PO Box 182789, Columbus, OH 43218-2789 |
| 519317275 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2021 20:25:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 519317277 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 13 2021 20:35:32 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519317278 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 13 2021 20:35:32 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519317279 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2021 20:35:45 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519321762 | | Email/Text: mrdiscen@discover.com | Dec 13 2021 20:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519317280 | | Email/Text: mrdiscen@discover.com | Dec 13 2021 20:25:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519317281 | | Email/Text: mrdiscen@discover.com | Dec 13 2021 20:25:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519317283 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 13 2021 20:26:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 519317285 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 13 2021 20:25:00 | Gm Financial, PO Box 181145, Arlington, TX |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 76096-1145 |
| 519324689 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 13 2021 20:26:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 519317286 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 13 2021 20:26:00 | Hyundai Motor Financ, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 519317287 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 13 2021 20:26:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 519317265 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2021 20:35:39 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519317288 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2021 20:35:31 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519446637 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 13 2021 20:25:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519317290 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 13 2021 20:25:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519317291 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 13 2021 20:25:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519359348 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2021 20:35:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519317293 | + | Email/Text: Documentfiling@lciinc.com | Dec 13 2021 20:25:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 519317294 | + | Email/Text: Documentfiling@lciinc.com | Dec 13 2021 20:25:00 | LendingClub, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2807 |
| 519451650 | + | Email/Text: Documentfiling@lciinc.com | Dec 13 2021 20:25:00 | LendingClub, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 519317296 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 13 2021 20:35:43 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519317297 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 13 2021 20:35:40 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519353775 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 13 2021 20:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519452301 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2021 20:25:00 | PNC Bank N.A., PO Box 94982, Cleveland, Oh 44101 |
| 519317301 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2021 20:25:00 | Pnc Bank, Attn: Bankruptcy, PO Box 94982, Cleveland, OH 44101-4982 |
| 519317302 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2021 20:25:00 | Pnc Bank, N.A., PO Box 3180, Pittsburgh, PA 15230-3180 |
| 519447611 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2021 20:26:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519356475 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2021 20:26:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519447610 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2021 20:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519317306 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 13 2021 20:26:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519317305 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 13 2021 20:26:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519331893 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 13 2021 20:26:00 | Rocket Mortgage, LLC f/k/a Quicken Loans et al, 635 Woodward Avenue, Detroit MI 48226-3408 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519317308 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:41 | Syncb/Amer Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 519317310 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:40 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519317312 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:48 | Syncb/Home Dsgn Floori, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317313 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:47 | Syncb/Home Dsgn Floori, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519317315 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:48 | Syncb/Nationwd/Brand D, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519317316 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:31 | Syncb/Nationwide/Brand D, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317319 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:40 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 519317307 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:47 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 519317309 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:31 | Syncb/ashley Homestore, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519317314 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:47 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519317317 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:31 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 519318062 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519317320 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:48 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317321 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:47 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519317322 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:48 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317323 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:47 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317324 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:48 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519317325 | | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:47 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519453162 | + | Email/Text: bncmail@w-legal.com | Dec 13 2021 20:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519317331 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 13 2021 20:25:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 519317329 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2021 20:35:50 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519317332 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 13 2021 20:25:00 | Toyota Motor Credit Co, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 519447883 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2021 20:35:37 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 76

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 13, 2021 | Form ID: plncf13 | Total Noticed: 103 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519317605 | | John Buonopane |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Janet L. Buonopane bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4