Office Mailing Address:                                          Send Payments **ONLY** to:
Albert Russo, Trustee                                                 Albert Russo, Trustee
PO Box 4853                                                                PO Box 933
Trenton, NJ  08650-4853                                      Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 21-17559 / MBK

Janet L. Buonopane                                              Petition Filed Date: 09/27/2021
                                                                          341 Hearing Date: 10/28/2021
                                                                          Confirmation Date: 12/08/2021

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/20/2021 | $200.00 | | 11/22/2021 | $200.00 | | 12/20/2021 | $200.00 | |
| 01/21/2022 | $200.00 | | | | | | | |

**Total Receipts for the Period:  $800.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Janet L. Buonopane | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel Straffi, Esq. »» ATTY DISCLOSURE | Attorney Fees | $4,400.00 | $549.60 | $3,850.40 |
| 1 | DISCOVER BANK | Unsecured Creditors | $3,457.27 | $0.00 | $3,457.27 |
| 2 | DISCOVER BANK | Unsecured Creditors | $6,910.03 | $0.00 | $6,910.03 |
| 3 | HYUNDAI CAPITAL AMERICA (HCA) »» 2021 HYUNDAI TUCSON/LEASE ASSUMED | Debt Secured by Vehicle | $300.00 | $0.00 | $300.00 |
| 4 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC »» P/27D STERLING ST/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK, NA | Unsecured Creditors | $5,365.63 | $0.00 | $5,365.63 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $10,025.42 | $0.00 | $10,025.42 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $10,931.36 | $0.00 | $10,931.36 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,624.37 | $0.00 | $5,624.37 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,403.42 | $0.00 | $3,403.42 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,081.80 | $0.00 | $4,081.80 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,968.45 | $0.00 | $2,968.45 |
| 12 | MIDLAND CREDIT MANAGEMENT, INC »» SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $5,176.62 | $0.00 | $5,176.62 |
| 13 | QUANTUM3 GROUP LLC AS AGENT »» CELTIC BANK/INDIGO MC | Unsecured Creditors | $596.83 | $0.00 | $596.83 |
| 14 | LVNV FUNDING LLC | Unsecured Creditors | $732.57 | $0.00 | $732.57 |
| 15 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS | Unsecured Creditors | $4,675.78 | $0.00 | $4,675.78 |
| 16 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS | Unsecured Creditors | $4,675.78 | $0.00 | $4,675.78 |
| 17 | LVNV FUNDING LLC | Unsecured Creditors | $5,557.00 | $0.00 | $5,557.00 |

**Chapter 13 Case No. 21-17559 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 18 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS | Unsecured Creditors | $600.64 | $0.00 | $600.64 |
| 19 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $326.83 | $0.00 | $326.83 |
| 20 | KOHL'S | Unsecured Creditors | $1,253.31 | $0.00 | $1,253.31 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BOSCOV'S | Unsecured Creditors | $2,359.79 | $0.00 | $2,359.79 |
| 22 | QUANTUM3 GROUP LLC AS AGENT<br>»» ONE STOP PLUS.COM | Unsecured Creditors | $767.10 | $0.00 | $767.10 |
| 23 | Verizon by American InfoSource as Agent | Unsecured Creditors | $110.09 | $0.00 | $110.09 |
| 24 | CITIBANK, N.A.<br>»» THE BEST BUY VISA | Unsecured Creditors | $2,443.24 | $0.00 | $2,443.24 |
| 25 | CITIBANK, N.A.<br>»» HOME DEPOT CC | Unsecured Creditors | $680.73 | $0.00 | $680.73 |
| 26 | Lending Club - Corp Dept 34268 | Unsecured Creditors | $2,470.23 | $0.00 | $2,470.23 |
| 27 | PNC Bank, N.A. | Unsecured Creditors | $14,386.59 | $0.00 | $14,386.59 |
| 28 | NISSAN-INFINITI LT<br>»» 2019 NISSAN SENTRA/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 29 | TD BANK USA NA | Unsecured Creditors | $755.16 | $0.00 | $755.16 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $800.00 | Plan Balance: | $11,200.00 ** |
| Paid to Claims: | $549.60 | Current Monthly Payment: | $200.00 |
| Paid to Trustee: | $67.20 | Arrearages: | $200.00 |
| Funds on Hand: | $183.20 | Total Plan Base: | $12,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**