Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 21-17559 / MBK**

Janet L. Buonopane

Petition Filed Date: 09/27/2021
341 Hearing Date: 10/28/2021
Confirmation Date: 12/08/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2025 | $200.00 | | 02/21/2025 | $200.00 | | 03/20/2025 | $200.00 | |
| 04/23/2025 | $200.00 | | 05/20/2025 | $200.00 | | 06/23/2025 | $200.00 | |
| 07/21/2025 | $200.00 | | 08/20/2025 | $200.00 | | 09/22/2025 | $200.00 | |
| 10/21/2025 | $200.00 | | 11/20/2025 | $200.00 | | 12/22/2025 | $200.00 | |
| 01/21/2026 | $200.00 | | | | | | | |

**Total Receipts for the Period: $2,600.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $10,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Janet L. Buonopane | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,400.00 | $4,400.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $3,457.27 | $157.33 | $3,299.94 |
| 2 | DISCOVER BANK | Unsecured Creditors | $6,910.03 | $341.21 | $6,568.82 |
| 3 | HYUNDAI CAPITAL AMERICA (HCA)<br>»» 2021 HYUNDAI TUCSON/LEASE ASSUMED | Debt Secured by Vehicle | $300.00 | $300.00 | $0.00 |
| 4 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» 27D STERLING ST/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK, NA | Unsecured Creditors | $5,365.63 | $264.95 | $5,100.68 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $10,025.42 | $495.04 | $9,530.38 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $10,931.36 | $539.78 | $10,391.58 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,624.37 | $277.72 | $5,346.65 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,403.42 | $154.88 | $3,248.54 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,081.80 | $193.65 | $3,888.15 |
| 11 | CAPITAL ONE BANK (USA), N.A.<br>»» SYNCHRONY | Unsecured Creditors | $2,968.45 | $140.83 | $2,827.62 |
| 12 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $5,176.62 | $245.60 | $4,931.02 |
| 13 | QUANTUM3 GROUP LLC AS AGENT<br>»» CELTIC BANK/INDIGO | Unsecured Creditors | $596.83 | $15.73 | $581.10 |
| 14 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $732.57 | $30.52 | $702.05 |

**Chapter 13 Case No. 21-17559 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» SYNCHRONY/CARE CREDIT | Unsecured Creditors | $4,675.78 | $221.83 | $4,453.95 |
| 16 | ---- | | $0.00 | $0.00 | $0.00 |
| 17 | LVNV FUNDING LLC<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $5,557.00 | $274.40 | $5,282.60 |
| 18 | LVNV FUNDING LLC<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $600.64 | $15.84 | $584.80 |
| 19 | LVNV FUNDING LLC<br>»» SYNCHRONY/AEO | Unsecured Creditors | $326.83 | $15.50 | $311.33 |
| 20 | KOHL'S | Unsecured Creditors | $1,253.31 | $49.81 | $1,203.50 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BOSCOV'S | Unsecured Creditors | $2,359.79 | $107.39 | $2,252.40 |
| 22 | QUANTUM3 GROUP LLC AS AGENT<br>»» ONE STOP PLUS | Unsecured Creditors | $767.10 | $31.97 | $735.13 |
| 23 | Verizon by American InfoSource as Agent | Unsecured Creditors | $110.09 | $0.00 | $110.09 |
| 24 | CITIBANK, N.A.<br>»» BEST BUY | Unsecured Creditors | $2,443.24 | $111.19 | $2,332.05 |
| 25 | CITIBANK, N.A.<br>»» HOME DEPOT | Unsecured Creditors | $680.73 | $30.98 | $649.75 |
| 26 | LENDINGCLUB CORPORATION | Unsecured Creditors<br>Hold Funds: Notice of Reserve | $2,470.23 | $0.00 | $2,470.23 |
| 27 | PNC Bank, N.A. | Unsecured Creditors | $14,386.59 | $710.39 | $13,676.20 |
| 28 | NISSAN-INFINITI LT<br>»» 2019 NISSAN SENTRA/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 29 | TD BANK USA NA | Unsecured Creditors | $755.16 | $31.45 | $723.71 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,400.00 | Plan Balance: | $1,600.00 ** |
| Paid to Claims: | $9,157.99 | Current Monthly Payment: | $200.00 |
| Paid to Trustee: | $791.20 | Arrearages: | $200.00 |
| Funds on Hand: | $450.81 | Total Plan Base: | $12,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**