UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone:
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

In Re:

Janet L. Buonopane

DEBTOR

Case No.: 21-17559-MBK

Chapter: 13

Hearing Date: 8/18/2026

Judge: Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled ☐ Withdrawn

Matter: Motion for Relief from Stay re: 27D Sterling St, Manchester, NJ (DE 30)

Date: 8/17/2026

/s/ Aleisha C Jennings
Signature