Aleisha Jennings
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

**Order Filed on September 8, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Janet L. Buonopane<br>*aka Janet Buonopane*,<br><br>Debtor. | Chapter 13<br><br>Case No. 21-17559-MBK<br><br>Judge: Michael B. Kaplan |

**ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: September 8, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Janet L. Buonopane
Case No.: 21-17559-MBK
Caption of Order: **ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

---

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") filed by Rocket Mortgage, LLC ("Secured Creditor"), and Janet L. Buonopane ("Debtor") having filed opposition thereto, with respect to the property known 27D Sterling Street, Manchester, NJ 08759, ("Property"), and the parties having consented to the entry of the within Order, and for good cause shown, it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtor is now post-petition current and is due for the September 1, 2026 post-petition monthly payment in the amount of $276.11.
2. Debtor shall resume post-petition payments to be paid timely and in full with the September 1, 2026 payment.
3. If Debtor should default and fail to make future post-petition payments to Secured Creditor that come due during the pendency of this case for thirty (30) days from the due date, Secured Creditor's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the Property.
4. Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Secured Creditor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.
5. Debtor shall pay attorney fees and costs for the motion for relief in the amount of $699.00 to be paid as an administrative claim through the plan.